1  James C. Bastian, Jr. – Bar No. 175415
   **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
2  100 Spectrum Center Drive, Suite 600
   Irvine, California 92618
3  Telephone:  (949) 340-3400
   Facsimile:   (949) 340-3000
4  Email:   JBastian@shulmanbastian.com

5

6  Attorneys for the Debtor, FCO Genesis I, Inc.

7                    **UNITED STATES BANKRUPTCY COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

9

10 | In re | Case No.  8:22-bk-11460-SC |
11 | **FCO GENESIS I, INC. fdba** | Chapter 7 |
12 | **Forstmann Company Genesis, LLC,** | **Corporate Ownership Statement** |
13 | Debtor. | **Statement of Related Cases** |
14 | | **Summary of Assets and Liabilities** |
15 | | **Schedules A/B, D, E/F, G, H** |
16 | | **Declaration Form 202** |
17 | | **Statement of Financial Affairs** |
18 | | **Disclosure of Compensation of Attorney for Debtor** |
19 | | **Corporate Resolution** |
20 | | **Verification of Mailing List** |
21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

## RESOLUTION OF FCO GENESIS I, INC.,
### a Nevada corporation

**WHEREAS, FCO Genesis I, Inc.,** a Nevada corporation (the "Corporation") is insolvent and unable to pay its debts as they mature, and

**WHEREAS**, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the United States Bankruptcy Code, it is:

**RESOLVED**, that the Corporation will file as soon as practicable, a liquidation bankruptcy in accordance with Chapter 7 of the United States Bankruptcy Code and the Corporation is authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Bastian Friedman & Bui LLP.

The undersigned hereby certifies that he is the President of the Corporation, which was duly formed pursuant to the laws of the State of California, and that the foregoing is a true record of a resolution duly adopted at a meeting of the Corporation, and that said meeting was held in accordance with California law and the Bylaws of the above-named Corporation. Said resolution is now in full force and effect, without modification or rescission.

Dated:  August 29, 2022

**FCO GENESIS I, INC.,**
**a Nevada corporation**

_____
**Keven Kim**
**President**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>James C. Bastian, Jr. - State Bar No. 175415<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: jbastian@shulmanbastian.com | FOR COURT USE ONLY |
| ☒ *Attorney for:* FCO Genesis I, Inc., | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FCO Genesis I, Inc.,<br><br>Debtor(s). | CASE NO.: 8:22-bk-11460-SC<br>ADVERSARY NO.:<br>CHAPTER: 7 |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Keven Kim _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☒  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Forstmann & Co, Inc  - 25% ownership
    _____
    _____

    [For additional names, attach an addendum to this form.]

   b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


Date:  9/12/2022                          By:  _____
                                               Signature of Debtor, or attorney for Debtor

                                          Name:  Keven Kim
                                                 _____
                                                 Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2              **F 1007-4.CORP.OWNERSHIP.STMT**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A - None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A - None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at ___Los Angeles_____, California

Date: ___9/12/2022_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    Page 1                                    **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name  FCO Genesis I, Inc.

United States Bankruptcy Court for the:  Central  District of  CA
(State)

Case number (If known):  8:22-bk-11460-SC

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**

    Copy line 88 from *Schedule A/B* ...............................................................................

    $ _____ 0.00

    **1b. Total personal property:**

    Copy line 91A from *Schedule A/B* ...........................................................................

    $ 3,496,197.09

    **1c. Total of all property:**

    Copy line 92 from *Schedule A/B* ..............................................................................

    $ 3,496,197.09

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................

    $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................

    $ 166,556.68

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................

    + $ 29,420,441.09

4. **Total liabilities**...........................................................................................................

    Lines 2 + 3a + 3b

    $ 29,586,997.77

---

**Fill in this information to identify the case:**

Debtor name ___FCO Genesis I, Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): ___8:22-bk-11460-SC___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ ___0.00___

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Checking | 3  1  6  8 | $ ___101.09___ |
| 3.2. | | ___  ___  ___  ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**  $ ___101.09___

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor _____  Case number (if known)_ 8:22-bk-11460-SC
      FCO Genesis I, Inc.
      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. Vendor deposits to C Joe Enterprises, James Worldwide, Nhan Dai Joint Stock Company     $_____2,791,096.00

    8.2._____     $_____

9. **Total of Part 2.**                                    $_____2,791,096.00

    Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                 **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➜    $_____
                              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........➜    $_____
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                       $_____0.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                             **Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entit                        % of ownership:

    15.1. _____   _____%    _____    $_____

    15.2._____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**                                         $_____0.00

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor _____FCO Genesis I, Inc._____    Case number (if known)_8:22-bk-11460-SC___
          Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** Inventory purchased | 06/30/2021 MM / DD / YYYY | $ 6,702,529.00 | _____ | $ 700,000.00 |
| **22. Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.    ✓    $ 700,000.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor   FCO Genesis I, Inc.                                                    Case number (if known)  8:22-bk-11460-SC
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                    $_____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>_____ | $_____ | _____ | $_____ |
| **40. Office fixtures**<br>_____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>_____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                    $_____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    FCO Genesis I, Inc.                                    Case number (if known)_8:22-bk-11460-SC
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    FCO Genesis I, Inc.    Case number _(if known)_ 8:22-bk-11460-SC
_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br> WWW.FCOGEN1.COM and PPE.Inc _____ | $ ____ 10,000.00 | Estimate _____ | $ ____ 5,000.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____ 5,000.00

Debtor    FCO Genesis I, Inc.
　　　　　Name

Case number (if known)  8:22-bk-11460-SC

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  |
|--|--|
|  | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜  $ _____
　　　　　　　　　　　　　Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                         $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

　James Worldwide, CJOEL, Nhan Dai Joint Stock Co.                $ 2,791,096.00

Nature of claim    Purchase Order Deposits

Amount requested    $ _____2,791,096_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____                         $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                         $ _____
_____                         $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ ____2,791,096.00____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor      FCO Genesis I, Inc.                                    Case number *(if known)*   8:22-bk-11460-SC
            Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 101.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,791,096.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 700,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* Related to Line 9, Part 2, deposits and prepayments | + $ 2,791,096.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 3,496,197.09  + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................    | 3,496,197.09 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **FCO Genesis I, Inc.** |
| United States Bankruptcy Court for the: **Central** District of **California** |
| Case number (*If known*): **8:22-bk-11460-SC** |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**
     ☐No.  Check this box and submit page 1 of this form to the court with the debtor's other schedules.  Debtor has nothing else to report on this form
     ☒Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.**
     If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1   Creditor's name**<br><br>**Global Liquidity Services LLC dba VendorPayment**<br><br>**Creditor's mailing address**<br><br>**5790 Fleet St Ste 100 Carlsbad, CA  92008**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | **Describe debtor's property that is subject to a lien:**<br>**All assets**<br><br>**Describe the lien:**<br>**UCC Financing Statement filed on 4/13/2021 with Secretary of State, State of Nevada; 2021166504-0**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated.<br>☐ Disputed | $0.00 | |
| **2.2   Creditor's name**<br><br>**Creditor's mailing address**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | **Describe debtor's property that is subject to a lien:**<br><br>**Describe the lien:**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated.<br>☐ Disputed | | |
| **3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** | | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **FCO Genesis I, Inc.** |
| United States Bankruptcy Court for the: **Central** District of **California** |
| Case number (*If known*): **8:22-bk-11460-SC** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List Creditors With PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br><br>**California Dept of Tax and Fee Administration**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☒ Unliquidated<br>☐ Disputed<br>**Basis for the claim**<br>**Sales tax – estimated**<br>**7/2020 – 6/2021 Sales and Use tax filing - $52,802.46**<br>**7/2021 – 6/2022 Sales and Use tax filing - $113,754.22**<br>**The tax due includes penalties and interest.**<br><br>Is the claim subject to setoff?<br>☐ No.<br>☐ Yes. | **$166,556.68** | |
| **2.2** Priority creditor's name and mailing address<br><br>**California Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    ) | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim**<br><br>Is the claim subject to setoff?<br>☐ No.<br>☐ Yes. | **NOTICE PURPOSES ONLY** | |

Debtor **FCO Genesis I, Inc.**

Case number *(if known)* **8:22-bk-11460-SC**

| | Total claim | Priority amount |
|---|---|---|

**2.3    Priority creditor's name and mailing address**

**Employment Development
Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

Is the claim subject to setoff?
☐ No.
☐ Yes.

**NOTICE
PURPOSES ONLY**

---

**2.4    Priority creditor's name and mailing address**

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

Is the claim subject to setoff?
☐ No.
☐ Yes.

**NOTICE
PURPOSES ONLY**

---

**2.5    Priority creditor's name and mailing address**

**Florida Department of Revenue
Bankruptcy Unit
5050 W Tennessee St
Tallahassee, FL 32399-0100**
Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

Is the claim subject to setoff?
☐ No.
☐ Yes.

**NOTICE
PURPOSES ONLY**

---

**2.6    Priority creditor's name and mailing address**

**Comptroller of Maryland
Compliance Division
Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

Is the claim subject to setoff?
☐ No.
☐ Yes.

**NOTICE
PURPOSES ONLY**

| Debtor | **FCO Genesis I, Inc.** | | Case number *(if known)* **8:22-bk-11460-SC** |

| | Total claim | Priority amount |
|---|---|---|

**2.7    Priority creditor's name and mailing address**

**Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

**Is the claim subject to setoff?**
☐No.
☐Yes.

**NOTICE
PURPOSES ONLY**

---

**2.8    Priority creditor's name and mailing address**

**Minnesota Department of Revenue
Bankruptcy Unit
Mail Station 5130
St. Paul, MN 55146-5130**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

**Is the claim subject to setoff?**
☐No.
☐Yes.

**NOTICE
PURPOSES ONLY**

---

**2.9    Priority creditor's name and mailing address**

**New York State Dept Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300**
Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

**Is the claim subject to setoff?**
☐No.
☐Yes.

**NOTICE
PURPOSES ONLY**

---

**2.10    Priority creditor's name and mailing address**

**Virginia Department of Taxation
Customer Relations Compliance Unit
Bankruptcy Unit
P.O. Box 1115
Richmond, VA  23218-1115**

Date or dates debt was incurred

Last four digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent.
☐ Unliquidated
☐ Disputed
**Basis for the claim**

**Is the claim subject to setoff?**
☐No.
☐Yes.

**NOTICE
PURPOSES ONLY**

---

Debtor  **FCO Genesis I, Inc.**                                          Case number (*if known*)  **8:22-bk-11460-SC**

| Part 2: | List Creditors With NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|
| **3.1    Nonpriority creditor's name and mailing address**<br><br>**1913 Ventures LLC**<br>**Attn Joseph Parsons**<br>**8 Norfield Farm Lane**<br>**Weston CT 06883**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | **$0.00**<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Equity holder**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes |
| **3.2    Nonpriority creditor's name and mailing address**<br><br>**Alliance Legal Partners**<br>**Attn Jeff Marks**<br>**9 Chatelaine**<br>**Newport Coast, CA 92657**<br><br>Date or dates debt was incurred:  7/4/2021<br><br>Last four digits of account number: | **$57,118.75**<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Legal expenses**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes |
| **3.3    Nonpriority creditor's name and mailing address**<br><br>**APX Supplies & Trading**<br>**Attn Munir Ali**<br>**5755 Bonhomme Rd Suite 420**<br>**Houston, TX 77036**<br><br>Date or dates debt was incurred:  12/3/2020<br><br>Last four digits of account number: | **$48,200.00**<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Customer refund**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes |
| **3.4    Nonpriority creditor's name and mailing address**<br><br>**Arthur Laffer**<br>**Attn Ron Felmus**<br>**103 Murphy Ct.**<br>**Nashville TN 37203**<br><br>Date or dates debt was incurred:  4/1/2021<br><br>Last four digits of account number: | **$0.00**<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Sales commission; equity holder**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes |

Debtor  **FCO Genesis I, Inc.**                                  Case number (*if known*)  **8:22-bk-11460-SC**

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.5    **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $4,380,240.00 |
| **Aterian Group Inc fka Mohawk Group Inc.**<br>**37 East 18th St 7th Fl**<br>**New York, NY 10003** | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred:  **2/1/2021** | Basis for the claim  **Lawsuit filed** | |
| Last four digits of account number: | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.6    **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $1,957,000.00 |
| **Bedrock Group LLC**<br>**Attn Howard Sperling/Enrique Sperling**<br>**338 Commercial St**<br>**Boston, MA  02109** | Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred:  **9/3/2020** | Basis for the claim   **Customer refund, signed agreement to settle debt through product purchase** | |
| Last four digits of account number: | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.7    **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | Additional notice |
| **Bedrock Group LLC**<br>**Attn Jonathan R Roth**<br>**57 Wharf St #2G**<br>**Salem, MA 01970** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred: | Basis for the claim   **Customer refund, signed agreement to settle debt through product purchase** | |
| Last four digits of account number: | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.8    **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $50,000.00 |
| **Bill Attinger**<br>**1797 Ardelia St**<br>**Las Vegas, NV 89135** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred: | Basis for the claim   **Consulting fee; equity holder** | |
| Last four digits of account number: | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor   **FCO Genesis I, Inc.**                                                                Case number *(if known)* **8:22-bk-11460-SC**

|  | Amount of claim |
|---|---|

**3.9    Nonpriority creditor's name and mailing address**

**Cadu Medical LLC**
**Attn Peter Groverman**
**1151 Walton Rd**
**Blue Bell, PA 19422-2134**

Date or dates debt was incurred:

Last four digits of account number:

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim   Lawsuit filed

Is the claim subject to setoff?
☒ No.
☐ Yes

**$10,000,000.00**

---

**3.10    Nonpriority creditor's name and mailing address**

**CH Robinson**
**Attn Timothy W Fafinski**
**3411 Brei Kessel Road**
**Minneapolis, MN 55359**

Date or dates debt was incurred:

Last four digits of account number:

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim    Freight forwarded, critical
vendor, expecting invoices

Is the claim subject to setoff?
☒ No.
☐ Yes

**$17,000.00**

---

**3.11    Nonpriority creditor's name and mailing address**

**CH Robinson**
**Attn Deborah Coelho-Hoium**
**680 Knox Street Suite 210**
**Torrance, CA 50502**

Date or dates debt was incurred:

Last four digits of account number:

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim    Freight forwarded, critical
vendor, expecting invoices

Is the claim subject to setoff?
☒ No.
☐ Yes

**Additional Notice**

---

**3.12    Nonpriority creditor's name and mailing address**

**D360 Unlimited**
**Attn Dean Singer**
**1711 Ocean Park Blvd**
**Santa Monica CA 90405**

Date or dates debt was incurred:

Last four digits of account number:

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim    Two-year sublease for
Debtor's business premises.  Debtor vacated the
premises in October 2021

Is the claim subject to setoff?
☒ No.
☐ Yes

**$89,000.00**

| Debtor | **FCO Genesis I, Inc.** | Case number *(if known)* | **8:22-bk-11460-SC** |

|  |  | Amount of claim |
|---|---|---|
| **3.13    Nonpriority creditor's name and mailing address**<br><br>**Forstmann & Co Inc**<br>**Attn Keven Kim**<br>**1999 Avenue of the Stars #1100**<br>**Los Angeles, CA 90067**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Equity holder**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.14    Nonpriority creditor's name and mailing address**<br><br>**Gray Robinson**<br>**Attn Tucker Toni**<br>**301 East Pine St #1400**<br>**Orlando, FL 32801**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Bridge loan**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $625,000.00 |
| **3.15    Nonpriority creditor's name and mailing address**<br><br>**GTG Wellness**<br>**Attn Daniel Choi**<br>**7, Dongwon-ro, Bundang-gu, Seongnam-si,**<br>**Gyeonggi-do, Korea 13547**<br><br>Date or dates debt was incurred:  5/14/2020<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Freight bills and product payments**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $90,000.00 |
| **3.16    Nonpriority creditor's name and mailing address**<br><br>**J. Anthony Forstmann**<br>**1999 Avenue of the Stars #1100**<br>**Cenutry City, CA 90067**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Wages earned prior to 1/2022; equity holder**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $180,000.00 |

Debtor  **FCO Genesis I, Inc.**                                    Case number *(if known)* **8:22-bk-11460-SC**

|  |  | Amount of claim |
|---|---|---|

| 3.17  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $5,347,121.00 |
|---|---|---|
| **James Worldwide Inc**<br>**Attn James Lee**<br>**2301 Raymer Avenue**<br>**Fullerton, CA 92833**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim  Lawsuit filed**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.18  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $57,118.75 |
|---|---|---|
| **Jeffrey S Marks**<br>**9 Chatelaine Suite B**<br>**Newport Beach, CA 92657**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim  Equity holder**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.19  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $388,295.00 |
|---|---|---|
| **Joseph T Viola**<br>**PO Box 1508**<br>**South Pasadena, CA 91031**<br><br>Date or dates debt was incurred:  3/30/2021<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Secured Special Purpose Note**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.20  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $7,000.00 |
|---|---|---|
| **Kelly Forstmann**<br>**1999 Avenue of the Stars #1100**<br>**Century City, CA 90067**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Wages earned prior to 1/2022**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **FCO Genesis I, Inc.**                                    Case number *(if known)* **8:22-bk-11460-SC**

|  | | Amount of claim |
|---|---|---|

| 3.21 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $207,000.00 |
|---|---|---|
| **Keven Kim**<br>**2020 Northam Dr**<br>**Fullerton, CA 92833**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages + $29k of expenses prior to 1/2022; equity holder<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes | |

| 3.22 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $24,000.00 |
|---|---|---|
| **Kevin Lau**<br>**22173 E Domingo Road**<br>**Queen Creek, AZ 85142**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages earned prior to 1/2022<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes | |

| 3.23 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $22,500.00 |
|---|---|---|
| **Lawrence Bartells LLP**<br>**Attn Robert Lawrence**<br>**7700 Irvine Center Dr Ste 800**<br>**Irvine, CA 92618**<br><br>Date or dates debt was incurred:  8/6/2021<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Legal expenses - litigation attorney<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes | |

| 3.24 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $225,000.00 |
|---|---|---|
| **M&W Suppliers**<br>**1989 S Campus Ave**<br>**Ontario, CA 91761**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Payment for balance of container of gloves<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes | |

Debtor  **FCO Genesis I, Inc.**                                              Case number (if known) **8:22-bk-11460-SC**

| | | Amount of claim |
|---|---|---|
| **3.25   Nonpriority creditor's name and mailing address**<br><br>Maia Gordon<br>2915 Mesquite Dr.<br>Sugar Land TX 77479<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages earned prior to 1/2022<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $8,500.00 |
| **3.26   Nonpriority creditor's name and mailing address**<br><br>Marc Sternberg<br>2577 Armacost Avenue<br>Los Angeles, CA 90064<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages earned prior to 1/2022<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $15,000.00 |
| **3.27   Nonpriority creditor's name and mailing address**<br><br>Marshall Carr<br>4033 Via Picaposte<br>Palos Verde Estates, CA 90274<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   equity holder<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $0.00 |
| **3.28   Nonpriority creditor's name and mailing address**<br><br>Martin Mooney<br>31721 Via Coyote<br>Coto de Caza, CA 92679<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages + $9k of expenses prior to 1/2022<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $215,000.00 |
| **3.29   Nonpriority creditor's name and mailing address**<br><br>Merch Mania LLC<br>Attn Jonny Rich<br>280 White Bridge Pike<br>Nashville, TN 37209<br><br>Date or dates debt was incurred:  1/20/2021<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim   Customer refund; lawsuit filed<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $474,025.00 |

Debtor  **FCO Genesis I, Inc.**                                                      Case number *(if known)*  **8:22-bk-11460-SC**

|  |  | Amount of claim |
|---|---|---|

| **3.30   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$9,000.00** |
|---|---|---|
| Michelle Maciel<br>17531 Newland St. B<br>Huntington Beach, CA 92647 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim   Wages earned prior to 1/2022** | |
| Date or dates debt was incurred: | **Is the claim subject to setoff?** | |
| Last four digits of account number: | ☒No.<br>☐Yes | |

| **3.31   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$40,000.00** |
|---|---|---|
| Nick Gordon<br>3071 Via Del Corso<br>Henderson, NV 89052 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim   Wages earned prior to 1/2022; equity holder** | |
| Date or dates debt was incurred: | | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.32   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$6,875.00** |
|---|---|---|
| Nicole  Koski<br>11901 Goshen Ave #103<br>Los Angeles, CA 90049 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim   Wages earned prior to 1/2022** | |
| Date or dates debt was incurred: | **Is the claim subject to setoff?** | |
| Last four digits of account number: | ☒No.<br>☐Yes | |

| **3.33   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$77,151.59** |
|---|---|---|
| Noble Path Advisors LLC<br>Attn David Myers<br>Address Unknown | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim   Sales commission; equity holder** | |
| Date or dates debt was incurred:  9/8/2020 | | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor  **FCO Genesis I, Inc.**

Case number *(if known)*  **8:22-bk-11460-SC**

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.34   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$1,884,095.00** |
| **Patrick Farley**<br>**1739 Ivey Road**<br>**Oceanside, CA 92054** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred:  6/12/2020 | **Basis for the claim   Secured Special Purpose Note** | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |
| **3.35   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$0.00** |
| **Provident Trust Group fbo Nicholas Gordon IRA**<br>**Attn Nicholas Gordon**<br>**3071 Via Del Corso**<br>**Henderson, NV 89052** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred: | **Basis for the claim   Equity holder** | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |
| **3.36   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$6,000.00** |
| **Randy Acosta**<br>**5829 E Lavender Ct**<br>**Orange, CA 92867** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred: | **Basis for the claim   Wages earned prior to 1/2022** | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |
| **3.37   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$50,000.00** |
| **Reston Group LLC**<br>**Attn Harrison Oh**<br>**29777 Telegraph Rd #2415**<br>**Southfiled MI, 48034** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred: | **Basis for the claim   commission prior to 1/2022** | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |
| **3.38   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$505,000.00** |
| **Security Pro USA**<br>**Attn Al Evan**<br>**8543 Venice Blvd**<br>**Los Angeles, CA 90034** | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred:  8/20/2020 | **Basis for the claim   Customer refund; lawsuit filed** | |
| Last four digits of account number: | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

Debtor   **FCO Genesis I, Inc.**                                    Case number *(if known)*  **8:22-bk-11460-SC**

|  |  | Amount of claim |
|---|---|---|
| **3.39   Nonpriority creditor's name and mailing address**<br><br>**Soderling Living Trust**<br>**Attn Jim Biram**<br>**901 Dove St STE 270**<br>**Newport Beach, CA 92660**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Equity holder<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $0.00 |
| **3.40   Nonpriority creditor's name and mailing address**<br><br>**The Kim Trust**<br>**Attn Albert Kim**<br>**7 Parker Terrace**<br>**Newton, MA 02459**<br><br>Date or dates debt was incurred:  1/11/2021<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Secured Special Purpose Note<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $888,031.00 |
| **3.41   Nonpriority creditor's name and mailing address**<br><br>**Thomas McCarthy**<br>**PO Box 132**<br>**Rancho Santa Fe, CA 92067**<br><br>Date or dates debt was incurred:  11/6/2020<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Secured Special Purpose Note<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $638,663.00 |
| **3.42   Nonpriority creditor's name and mailing address**<br><br>**Vince Butta**<br>**5 Cedar Lane Lloyd**<br>**Harbor NY 11743**<br><br>Date or dates debt was incurred:<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Wages earned prior to 1/2022<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $30,000.00 |

Debtor   **FCO Genesis I, Inc.**                                    Case number *(if known)*  **8:22-bk-11460-SC**

| | | Amount of claim |
|---|---|---|
| **3.43** Nonpriority creditor's name and mailing address<br><br>**Vista Capital Group, Inc.**<br>**Attn Marlin Smith**<br>**530 S Lake Avenue #376**<br>**Pasadena, CA 91101**<br><br>Date or dates debt was incurred: 1/11/2021<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Secured Special Purpose Note**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $533,507.00 |
| **3.44** Nonpriority creditor's name and mailing address<br><br>**West Empire Inc**<br>**Attn Jacob Levy**<br>**7633 Varna Ave Suite H**<br>**North Hollywood CA 91605**<br><br>Date or dates debt was incurred: 11/12/2020<br><br>Last four digits of account number: | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim   Customer refund; lawsuit filed**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $275,000.00 |
| | **Total** | $29,420,441.09 |

Debtor  **FCO Genesis I, Inc.**                                    Case number (if known)  **8:22-bk-11460-SC**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.**  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 an 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and mailing address | On which line in Part 1 or 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------|-----------------------------------------|
| 4.1 **Aterian Group Inc fka Mohawk Group Inc.**<br>**c/o Gibbons PC**<br>**Daniel S Weinberger Esq**<br>**One Pennsylvania Plaza 37th Fl**<br>**New York, NY  10119-3701** | Line **3.5**<br>☐ Not listed.  Explain | |
| 4.2 **Cadu Medical LLC**<br>**c/o Ervin Cohen & Jessup LLP**<br>**9401 Wilshire Blvd 9th Fl**<br>**Beverly Hills, CA  90212-2974** | Line **3.9**<br>☐ Not listed.  Explain | |
| 4.3 **James Worldwide Inc**<br>**c/o Squire Patton Boggs (US) LLP**<br>**555 S Flower St 31st Fl**<br>**Los Angeles, CA  90071** | Line **3.17**<br>☐ Not listed.  Explain | |
| 4.4 **Merch Mania LLC**<br>**c/o Butler Snow LLP**<br>**150 3rd Avenue South Ste 1600**<br>**Nashville, TN  37219** | Line **3.29**<br>☐ Not listed.  Explain | |
| 4.5 **Security Pro USA**<br>**c/o Jeong & Likens a Law Corp**<br>**222 S Oxford Ave**<br>**Los Angeles, CA  90004** | Line **3.38**<br>☐ Not listed.  Explain | |
| 4.6 **West Empire Inc**<br>**c/o Jeong & Likens a Law Corp**<br>**222 S Oxford Ave**<br>**Los Angeles, CA  90004** | Line **3.44**<br>☐ Not listed.  Explain | |

Debtor  **FCO Genesis I, Inc.**

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | |
|---|---|---|---|
| **5a.  Total claims from Part 1** | *5a.* | | $166,556.68 |
| **5b.  Total claims from Part 2** | *5b.* + | | $29,420,441.09 |
| **5c.  Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | *5c.* | | $29,586,997.77 |

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name ___FCO Genesis I, Inc.___

United States Bankruptcy Court for the: ___Central___   District of ___California___
                                                                  (State)

Case number (If known): ___8:22-bk-11460-SC___   Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __FCO Genesis I, Inc.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): __8:22-bk-11460-SC__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of ___

**Fill in this information to identify the case and this filing:**

Debtor Name __FCO Genesis I, Inc.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (*If known*): __8:22-bk-11460-SC__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/12/2022__        ✗ _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

Keven Kim
_____
Printed name

President
_____
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name __FCO Genesis I, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __8:22-bk-11460-SC__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other _____ | $_____ 0.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY  to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ 910,931.91 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY  to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ 11,684,791.28 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY  to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Insider's name _____ Street _____ City    State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. _____ Insider's name _____ Street _____ City    State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

<div align="center">CONTINUED ON ATTACHMENT NO. 1</div>

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Aterian Group, Inc. fka Mohawk Group, Inc. v. FCO Genesis I, Inc., et al. | Breach of contact, fraud, etc. | Supreme Court of the State of New York | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 60 Centre Street | ☐ Concluded |
| | 654939/2021 | | Street | |
| | | | New York, NY  10007 | |
| | | | City        State        ZIP Code | |
| 7.2. | **Case title** | Intentional interference with prospective business advantage, etc. | **Court or agency's name and address** | ☑ Pending |
| | Cadu Medical, LLC, et al v. Forstmann and Co., Inc., et al. | | Los Angeles County Superior Court | ☐ On appeal |
| | **Case number** | | Name | ☐ Concluded |
| | | | 111 N. Hill Street | |
| | 21STCV21813 | | Street | |
| | | | Stanley Mosk Courthouse | |
| | | | Los Angeles, CA 90012 | |
| | | | City        State        ZIP Code | |

Debtor    FCO Genesis I, Inc.
_____    Case number (if known)___8:22-bk-11460-SC____
     Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | _____ | Name |
| _____ | Case number | Street |
| City        State        ZIP Code | _____ | _____ |
| | Date of order or assignment | City        State        ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Shulman Bastian Friedman & Bui LLP | $25,000.00 received 7/15/2022 | 7/15/2022 | $   25,000.00 |
| | **Address** | Includes flat fee for chapter 7 and costs including the Chapter 7 filing fee | | |
| | 100 Spectrum Center Drive | | | |
| | Street | | | |
| | Suite 600 | | | |
| | Irvine, CA 92618 | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | jbastian@shulmanbastian.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Intermed Networks | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

---

| Debtor | FCO Genesis I, Inc. | Case number (if known) | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| | | | |
| Who received transfer? | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.   1601 Colorado Ave | From ___05/20___   To ___10/21___ |
| Street | |
| Santa Monica CA 90404 | |
| City        State        ZIP Code | |
| 14.2.   _____ | From _____   To _____ |
| Street | |
| _____ | |
| City        State        ZIP Code | |

| Debtor | FCO Genesis I, Inc. | Case number (if known) | 8:22-bk-11460-SC |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | _____ Facility name | _____ _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* |
| | _____ City    State    ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ Facility name | _____ _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* |
| | _____ City    State    ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo<br>Name<br><br>Street<br><br>City    State    ZIP Code | XXXX– 6  1  6  9 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Closed | $          0.00 |
| 18.2. | Wells Fargo<br>Name<br><br>Street<br><br>City    State    ZIP Code | XXXX– 6  1  7  7 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Closed | $          0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| James Worldwide<br>Name<br>2301 Raymer<br>Street<br>Fullerton    CA    92833<br>City    State    ZIP Code | James Lee<br><br>**Address** | Inventory - due to pending lawsuit, Debtor is unsure if the inventory is still located at the premises. | ☐ No<br>☐ Yes |

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | FCO Genesis I, Inc. | Case number (if known) | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | FCO Genesis I, Inc. | Case number *(if known)* | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.
Martin Mooney
Name
31721 Via Coyote
Street

| Coto de Caza | CA | 92679 |
|---|---|---|
| City | State | ZIP Code |

From __04/20__   To __1/22__

| Name and address | Dates of service |
|---|---|

26a.2.
Scrubbed.Net
Name
One Sansome St
Street

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

From __04/20__   To __07/22__

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.
Scrubbed.Net
Name
One Sansome St
Street

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

From __04/20__   To __07/22__

| Name and address | Dates of service |
|---|---|

26b.2.
Martin Mooney
Name

Street
31721 Via Coyote

| Coto de Caza | | 92679 |
|---|---|---|
| City | State | ZIP Code |

From __04/20__   To __01/22__

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
Scrubbed.Net
Name
One Sansome St
Street

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

| Debtor | FCO Genesis I, Inc. | Case number (*if known*) 8:22-bk-11460-SC |
|---|---|---|
| | Name | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Martin Mooney | _____ |
| | Name | |
| | 31721 Via Coyote | _____ |
| | Street | _____ |
| | Coto de Caza        Coto de Caza        92679 | |
| | City                State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Erik Arevalo |
| | Name |
| | Global Liquidity Services, LLC dba Vendor Payments |
| | Street |
| | 5790 Fleet St #100 |
| | Carlsbad            CA            92008 |
| | City                State            ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | _____ |
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City                State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Ricky Abernathy    (inventory price is market basis) | 4/2021 | $    799,000.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  Exact Distribution |
| Name |
| 2774 N. Cobb Parkway #109-214 |
| Street |
| Kennesaw, GA 30152 |
| City                State            ZIP Code |

Debtor    FCO Genesis I, Inc.
_____
          Name

Case number (if known)  8:22-bk-11460-SC
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| James Lee | 12/2020 | $ 1,900,000.00 |
| **Name and address of the person who has possession of inventory records** | | |

27.2.
James Worldwide Logistics
_____
Name
2301 Raymer Ave
_____
Street

Fullerton, CA 92883
_____
City                                 State          ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keven Kim | 202 Northam Dr, Fullerton, CA 92833 | President/Director | 19.2% |
| Nicholas Gordon | 3071 Via Del Corso, Henderson, NV 89052 | Secretary | 5% |
| Bill Attinger | 1791 Ardelia St, Las Vegas, NV 89135 | Treasurer | 5% |
| Martin Mooney | 31721 Via Coyote Coto de Caza CA 92679 | CFO | 5% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nicholas Gordon | 3071 Via Del Corso, Henderson, NV 89052 | Secretary | From 5/2020 To 1/2022 |
| Bill Attinger | 1791 Ardelia St, Las Vegas, NV 89135 | Treasurer | From 5/2020 To 1/2022 |
| Martin Mooney | 31721 Via Coyote Coto de Caza CA 92679 | CFO | From 5/2020 To 1/2022 |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City             State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Case 8:22-bk-11460-SC    Doc 9    Filed 09/12/22    Entered 09/12/22 17:08:03    Desc
Main Document    Page 48 of 55


| Debtor | FCO Genesis I, Inc. | Case number (if known) | 8:22-bk-11460-SC |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

30.2

Name

Street

City                                State          ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/12/2022___
                  MM / DD / YYYY

✗ _(signature)_                                Printed name  Keven Kim
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 14

In re FCO Genesis I, Inc.
Case No.:  8:22-bk-11460-SC

## Attachment No. 1 to Statement of Financial Affairs

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| James Worldwide Group, Inc., et al, v. FCO Genesis I, Inc., et al.<br><br>**Case number**<br>30-2021-01200963-CU-BC-CJC | Breach of contract | Orange County Superior Court<br>700 W. Civic Center Drive<br>Santa Ana, CA  92701 | Pending |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Merch Mania, LLC v. FCO Genesis I, Inc.<br><br>**Case number**<br>22-0026-IV | Breach of contract | Chancery Court of Davidson County, Tennessee at Nashville<br>200 James Robertson Parkway<br>Nashville, TN  37201 | Pending |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Security 20/20, Inc. dba Security Pro U.S.A. v. Forstmann & Co., Inc., et al.<br><br>**Case number**<br>21STCV20586 | Contractual fraud | Los Angeles County Superior Court<br>111 N. Hill Street<br>Stanley Mosk Courthouse<br>Los Angeles, CA  90012 | Pending |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| West Empire, Inc., et al, v. Forstmann & Co., Inc., et al.<br><br>**Case number**<br>21STCV28648 | Breach of contract; fraud | Los Angeles County Superior Court<br>111 N. Hill Street<br>Stanley Mosk Courthouse<br>Los Angeles, CA  90012 | Pending |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**    FCO GENESIS I, INC.,

Case No.  8:22-bk-11460-SC

**Debtor**

Chapter  7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year  before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:  (see footnote below)

    For legal services, I have agreed to accept Flat fee for chapter 7 and costs including the Chapter 7 filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    25,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $    25,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0.00

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)    Intermed Networks - received on 7/15/2022

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX /initial XXXXXXXXXXXX

B2030 (Form 2030) (12/15)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any subsequent meetings of creditors, any litigation matter or any contested matter of any sort, nor does it include any writ proceeding or appeal.

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  09/12/2022               /s/ James C. Bastian, Jr._____
*Date*                        *Signature of Attorney*

                        SHULMAN BASTIAN FRIEDMAN & BUI LLP__
                                   *Name of law firm*

</div>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - State Bar No. 175415<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: jbastian@shulmanbastian.com | |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>FCO GENESIS I, INC.<br>fdba Forstmann Company Genesis, LLC, | CASE NO.: 8:22-bk-11460-SC |
|---|---|
| | CHAPTER: 7 |
| | SUPPLEMENTAL<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __9/12/2022__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __09/12/2022__

/s/ James C. Bastian, Jr.
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

1913 Ventures LLC
Attn Joseph Parsons
8 Norfield Farm Lane
Weston CT 06883


Arthur Laffer
Attn Ronb Felmus
103 Murphy Ct.
Nashville TN 37203


Comptroller of Maryland
Compliance Division
Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383


Florida Department of Revenue
Bankruptcy Unit
5050 W Tennessee St
Tallahassee, FL 32399-0100


Forstmann & Co Inc
Attn Keven Kim
1999 Avenue of the Stars #1100
Los Angeles, CA 90067


Jeffrey S Marks
9 Chatelaine Suite B
Newport Beach, CA 92657


Maia Gordon
2915 Mesquite Dr.
Sugar Land TX 77479

Marc Sternberg
2577 Armacost Avenue
Los Angeles, CA 90064


Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204


Michelle Maciel
17531 Newland St. B
Huntington Beach, CA 92647


Minnesota Department of Revenue
Bankruptcy Unit
Mail Station 5130
St. Paul, MN 55146-5130


New York State Dept Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Nicole  Koski
11901 Goshen Ave #103
Los Angeles, CA 90049


Provident Trust Group fbo Nicholas Gordon IRA
Attn Nicholas Gordon
3071 Via Del Corso
Henderson, NV 89052

Randy Acosta
5829 E Lavender Ct
Orange, CA 92867


Soderling Living Trust
Attn Jim Biram
901 Dove St STE 270
Newport Beach, CA 92660


Vince Butta
5 Cedar Lane Lloyd
Harbor, NY 11743


Virginia Department of Taxation
Customer Relations Compliance Unit
Bankruptcy Unit
P.O. Box 1115
Richmond, VA  23218-1115