Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**Counsel for**
**Chapter 7 Trustee**
**Richard A. Marshack**

**FILED & ENTERED**

AUG 16 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re: FCO GENESIS I, INC. | Case No.: 8:22-bk-11460-SC |
| | **Chapter:** 7 |
| | **ORDER AUTHORIZING THE TRUSTEE TO ABANDON THE PROPERTY OF THE ESTATE** |

- 1

ORDER

On July 28th, 2024, Chapter 7 Trustee Richard A. Marshack filed a document titled "CHAPTER 7 TRUSTEE RICHARD A. MARSHACK'S REQUEST FOR AUTHORITY TO ABANDON THE ESTATE'S INTEREST IN PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. Sec. 554(a)" as docket #28.  That request was filed and served in accordance with Local Rule of Bankruptcy Procedure 9013-1(o).  No opposition was filed in the requisite time period after the request was filed and served.

Therefore, based upon the moving papers, and good cause shown,

IT IS ORDERED,

1. The Trustee is authorized to abandon the property of the estate listed on Schedule A/B of the petition; and

2. The Trustee is authorized to turn over the $619.58 held by the Trustee to Trustee's Counsel Anerio V. Altman.

###

Date: August 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

- 2 -

ORDER