

FILED
AUG 27 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Randall Acosta
5829 E. Lavender Ct
Orange, CA 92867
714-328-4928
racosta@uspharmaconsulting

8/23/2024

United States Bankruptcy Court Central District of California – Santa Ana Division 411 West Fourth Street, Suite 5075 Santa Ana, CA 92701-4593

Re: FCO Genesis I, LLC, Case No. 8:22-bk-11460-SC

To the Honorable Court:

I, Randall Acosta, am writing to formally object to the proposed abandonment of assets in the above-referenced bankruptcy case. Before proceeding with my objection, I respectfully request the Court's understanding and forgiveness for any tardiness in filing this objection.

Request for Consideration of Late Filing:

Due to my work and company responsibilities, I have been unable to respond as promptly as I would have liked to this matter. The demands of providing care have significantly impacted my ability to manage other affairs in a timely manner. I sincerely apologize for any inconvenience this may cause the Court and respectfully request that, if this objection is deemed late, the Court consider these extenuating circumstances and accept my filing.

Objection to Abandonment of Assets:

I am a creditor in this case, owed $15,000 for work that was not compensated. I object to the Trustee's motion to abandon the property of the estate on the following grounds:

1. Uncompensated Work: I am owed $15,000 for work performed for the debtor, FCO Genesis I, LLC. This debt has not been paid and represents a significant claim against the estate.
2. Potential for Asset Recovery: While the Trustee has stated that there is little likelihood of recovering meaningful assets, I believe that further investigation into the debtor's affairs may reveal assets that could be used to satisfy creditors' claims.
3. Incomplete Asset Evaluation: The motion to abandon does not provide sufficient detail about the efforts made to evaluate and recover assets. A more thorough investigation may be warranted to ensure all potential assets have been identified and properly valued.

Request for Hearing:

I respectfully request that the Court schedule a hearing on this matter to allow for a full consideration of the issues raised in this objection.

Conclusion:

For the reasons stated above, I respectfully request that the Court deny the Trustee's motion to abandon the property of the estate. At minimum, I ask that the Court defer its decision until a more comprehensive evaluation of the estate's assets can be conducted.

Thank you for your consideration of this matter and for your understanding regarding the timing of this filing.

Respectfully submitted,

Randall Acosta

cc: Richard A. Marshack, Chapter 7 Trustee Anerio V. Altman, Attorney for Trustee United States Trustee (SA)